TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
CODY MCBRIDE, Trial Attorney (CA Bar No. 298099)
cody.mcbride@usdoj.gov
REBECCA M. ROSS, Senior Attorney (AZ Bar No. 028041)
rebecca.ross@usdoj.gov
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Washington, D.C. 20044
Tel: (202) 305-0262 (McBride)
Tel: (202) 616-3148 (Ross)
Fax: (202) 353-1156

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>CRAIG FERGUSON,<br>    Defendant. | CASE NO. 5:23-CV-02286-MWF-SP<br><br>**UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR CONTINUANCE OF HEARING**<br><br>Date: March 4, 2024<br>Time: 11:30 a.m.<br>Courtroom 5A<br>Judge: Hon. Michael W. Fitzgerald |

    Plaintiff United States of America responds to the Court's Order to Show Cause Re Default Judgment and respectfully requests an order continuing the March 4, 2024, hearing for that Order. *See* ECF No. 15. The grounds for the United States' request are set forth in the Declaration below.

# DECLARATION OF CODY MCBRIDE

I, Cody McBride, declare that:

1. I am the lead attorney for Plaintiff United States of America in the above-captioned matter.

2. On November 6, 2023, the United States, as trustee for the Colorado River Indian Tribes ("CRIT"), sued Defendant Craig Ferguson for trespass on the Colorado River Indian Reservation ("Reservation"). Complaint, ECF No. 1.

3. The Complaint sought judgment against Defendant including but not limited to a declaration that he was trespassing on the Reservation property at issue; ejectment of Defendant from the property on which he was trespassing; and monetary damages caused by Defendant's trespass, including the fair rental value of the property, administrative costs, the costs and expenses of restoring and remediating the property, and pre- and post-judgment interest on all damages awarded. *Id.*

4. Because Defendant failed to answer or respond to the United States' Complaint within the time prescribed by the Federal Rules of Civil Procedure, the United States requested on January 24, 2024, that the Clerk of the Court enter default against Defendant. ECF No. 13.

5. On January 25, 2024, the Clerk entered default against Defendant. ECF No. 14.

6. In light of the Clerk's entrance of default, on January 31, 2024, the Court issued an Order to Show Cause Re Default Judgment. ECF No. 15.

7. The Court set a hearing for that Order on March 4, 2024, but provided that, "[i]f a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary." *Id.*

8. The United States respectfully requests a continuance of the March 4, 2024, hearing. Good cause exists because:

    a. The United States intends to move for default judgment against Defendant Craig Ferguson pursuant to Fed. R. Civ. P. 55(b)(2) but cannot do so before March 4, 2024.

    b. To move for default judgment, the United States has retained an expert appraiser to calculate the fair rental value of the property and pre-judgment interest, and to produce a declaration supporting those calculations that can be submitted to the Court.

    c. The United States is also working with CRIT to assess whether restoration or remediation of the property is necessary and, if so, the cost.

    d. Calculating both the fair rental value of the property and remediation costs, will require an in-person inspection of the property.

    e. Due to the schedule of the United States' expert, that inspection cannot be completed until at least March 2024, and the expert's calculation of damages and declaration in support cannot be completed until April 2024.

9. Accordingly, the United States requests leave to file a Motion for Default Judgment, along with declarations and other evidence supporting its calculation of damages, by April 24, 2024.

10. At that time, the United States will provide a Notice of Motion setting a hearing on the Motion for Default Judgment, as required by L.R. 6-1.

11. Thus, the United States requests a continuance of the March 4, 2024, hearing until the date of the hearing on the Motion for Default Judgment.

12. The United States has not previously requested any continuances in this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    February 7, 2024

                         Respectfully submitted,

                         TODD KIM
                         Assistant Attorney General
                         Environment and Natural Resources Division

                         /s/ *Cody McBride*
                         CODY MCBRIDE, Trial Attorney
                         REBECCA M. ROSS, Senior Attorney
                         Indian Resources Section
                         Environment and Natural Resources Division
                         United States Department of Justice
                         *Attorneys for the United States*

# CERTIFICATE OF SERVICE

I, certify that on February 7, 2024, a true and correct copy of this Response to Order to Show Cause and Request for Continuance of Hearing, together with the Default by Clerk (ECF No. 14) and Order to Show Cause Re Default Judgment (ECF No. 15), was served upon Defendant Craig Ferguson via expedited mail at the following known addresses:

16902 Baruna Lane
Huntington Beach, CA 92649

7651 Garden Grove Blvd.
Garden Grove, CA 92841

/s/ *Cody McBride*
CODY MCBRIDE, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice